| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for JPMORGAN CHASE BANK, N.A. | |
| In Re:<br>Carol L. Anisi<br><br>                              Debtor | Case No: <u>16-33204 JNP</u><br><br>Chapter: <u>13</u><br><br>Judge: Jerrold N. Poslusny Jr. |

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMORGAN CHASE BANK, N.A.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

5UXFE435X9L271622 2009 BMW X5 Series

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:09/27/2017

                                                            **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            Denise Carlon, Esquire
                                                            Brian C. Nicholas, Esquire
                                                            **KML Law Group, P.C.**
                                                            216 Haddon Avenue, Ste. 406
                                                            Westmont, NJ 08108
                                                            (609) 250-0700 (NJ)
                                                            (215) 627-1322 (PA)
                                                            FAX: (609) 385-2214
                                                            Attorney for Movant/Applicant

*new 8/1/15*