Isabel Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Rt. 38, Suite 580
Cherry Hill, NJ  08002-2977

FILED
JEANNE A. NAUGHTON, CLERK
OCT 13 2017
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

In Re: Carol L. Anisi     Case No. 16-33204
              Debtor

I, Carol Anisi, object to the Certification of Default. I would like a Hearing set or in the alternative a proposal is hereby attached. I have made a payment (September 2017) of $975.00 on this date. I will bring October payment up to date on Oct 20.2017. Such payment will be mail via overnight so that it will get in before the end of October.

② Attached is a receipt for September's payment.

③ Thank you for your consideration in this matter.

Sincerely,

*Carol L. Anisi*

CAROL L. ANISI
615 Autumn Crest Dr
Waterford, NJ
08089
856-357-0039