December 8, 2017

United State Bankruptcy Court
1 John F Gerry Plaza
4th Cooper Streets
Camden, NJ 08101

Re: Carol L Anisi - Chapter 13 – Case No.: 16-33204 – Judge JNP
**OPPOSITION TO RELIEF SOUGHT BY ALLY FINANCIAL TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY**

Dear Sir or Madam:

Please be advised that I wish to oppose the Notice of Motion to Modify the Automatic Stay in my Chapter 13 Bankruptcy filing. I wish to have a Hearing scheduled should this matter not be resolved prior.

I have been stricken with medical and mental issues as well as other unforeseen occurrences that have made it almost impossible for me to keep current on post-petition payments. I am at this moment in a much better position but do not know how to cure the arrearages without some guidance.

I would like to propose a payment plan along with the payments being made to my creditors in this Chapter 13 plan. (I have 36 months left in the plan).

I would like to propose the $4,236.54 default to be divided by the 36 months left which would make my monthly payment to be $502.82. This equals the regular monthly payment of $385.14 plus $117.68 for the next 36 months. At the end of the 36 months I would have paid $18,101.52 plus the pre-petition amount being paid through the plan of $1,035.93 for a total of $19,137.45. I have already paid almost 3 years of payments prior to the filing of the Chapter 13 petition. I can start these payments immediately.

I have reached out to John Morton, Esquire with regard to a payment arrangement but have not heard from him as of the date of this letter.

If this arrangement is not satisfactory, please provide a counter to this arrangement. I do not and cannot have this vehicle repossessed. I have also attached my current insurance card as proof that the vehicle is insured protecting the creditors collateral.

I hope that you will work with me. Thank you for your attention to this matter.

Sincerely,

*[signature]*

Carol L. Anisi
615 Autumn Crest Drive
Waterford, NJ 08089
canisi@jacobslawoffice.com
856-357-0039
cc: Lee Abt, Esq
    John R Morton, Esq
    Isabel Balboa, Trustee

**FILED**
JEANNE A. NAUGHTON, CLERK

DEC 11 2017

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____ DEPUTY

# Identification Cards

PLEASE PLACE EACH CARD IN THE APPROPRIATE INSURED VEHICLE.

---

## STATE OF NEW JERSEY INSURANCE IDENTIFICATION CARD

**Liberty Mutual INSURANCE**

**CONTACT US**
To report a claim
1-800-2CLAIMS
(1-800-225-2467)
Customer service
1-800-658-9501

**POLICY INFORMATION**
Policy Number
AOJ-231-225556-75 7 3
Policy Effective Date
12/01/2017
Policy Expiration Date
12/01/2018

**VEHICLE INFORMATION**
Year 2010
Make VOLKSWAGEN
Model GTI
Vehicle Identification Number
WVWED7AJ9AW417819

Card Effective Date
12/01/2017
Card Expiration Date
12/01/2018

Name of Insured
CAROL ANISI
CHARLES ANISI
615 AUTUMN CREST DR
WATERFORD WORKS NJ 08089-2105

Company Name: 370 WAUSAU UNDERWRITERS INSURANCE COMPANY
NAIC Number: 26042

PMKT 537 04 10

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

---

**Liberty Mutual INSURANCE**

**PLACE THE FOLLOWING IN YOUR CAR:**
Please do the following without delay:

1. Check the surname and vehicle description on your "ID" card to make sure they agree WITH YOUR AUTOMOBILE REGISTRATION.
2. Check the vehicle identification number on your card to make sure it agrees WITH YOUR REGISTRATION.
3. If any of the above items are incorrect do not alter your "ID" card. Instead, contact the Liberty Mutual Service Office shown to secure a corrected card.
4. Place this card in the glove compartment of the car described and have it in the car at all times. It will be needed when you have your car inspected or if you are involved in a traffic violation, an accident or a spot road check.

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

---

## STATE OF NEW JERSEY INSURANCE IDENTIFICATION CARD

**Liberty Mutual INSURANCE**

**CONTACT US**
To report a claim
1-800-2CLAIMS
(1-800-225-2467)
Customer service
1-800-658-9501

**POLICY INFORMATION**
Policy Number
AOJ-231-225556-75 7 3
Policy Effective Date
12/01/2017
Policy Expiration Date
12/01/2018

**VEHICLE INFORMATION**
Year 2010
Make VOLKSWAGEN
Model GTI
Vehicle Identification Number
WVWED7AJ9AW417819

Card Effective Date
12/01/2017
Card Expiration Date
12/01/2018

Name of Insured
CAROL ANISI
CHARLES ANISI
615 AUTUMN CREST DR
WATERFORD WORKS NJ 08089-2105

Company Name: 370 WAUSAU UNDERWRITERS INSURANCE COMPANY
NAIC Number: 26042

PMKT 537 04 10

SEE IMPORTANT MESSAGE ON REVERSE SIDE.

---

**Liberty Mutual INSURANCE**

**WHAT TO DO IN CASE OF AN ACCIDENT**

1. When possible, move your vehicle out of harm's way (if allowed by local law) and turn off the ignition.
2. Call for medical assistance if necessary.
3. Contact the police. A police report will help to protect you from potential liability claims and legal action.
4. Exchange the following information with involved parties:
   - Names · Driver's license numbers · Addresses
   - Insurance company information
5. Note weather and road conditions.
6. Record the names and telephone numbers of any witnesses.
7. Contact Liberty Mutual immediately to report the accident.

SEE IMPORTANT MESSAGE ON REVERSE SIDE.



AOJ23122555675000000000