# Office of the Chapter 13 Standing Trustee

### Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**  
*\*Certified Bankruptcy Assistant*  
*†Fellow, American College of Bankruptcy*

January 03, 2018

CAROL L. ANISI  
615 AUTUMN CREST DRIVE  
WATERFORD WORKS, NJ 08089

    RE:    DEBTOR(S):    CAROL L. ANISI  
                  CASE NO.:    16-33204-JNP  
                  CONFIRMED:  03/01/2017

**NOTICE TO FILE ANNUAL STATEMENT OF INCOME AND EXPENSES**  
**PURSUANT TO 11 U.S.C. §521(f)(4)(b)**

Pursuant to 11 U.S.C. §521(f)(4)(b):

   At the request of the court, the United States Trustee, or any party in interest…..a debtor who is an individual shall file with the court

      in a case under chapter 13 -

      annually after the plan is confirmed and until the case is closed, not later than the date that is 45 days before the anniversary of confirmation of plan;

      a statement, under penalty of perjury, of the income and expenditures of the debtor during the tax year of the debtor most recently concluded before such statement is filed under this paragraph, and of the monthly income of the debtor, that shows how income, expenditures, and monthly income are calculated.

As the Trustee, I am a party in interest and request that the debtor(s) file the required Amended Schedules I and J and provide proof of current income on or before 45 days to the anniversary date of the confirmation of the plan.  Failure to timely file the annual statement may result in the Trustee seeking to dismiss or modify debtor(s)' chapter 13 plan.

                                      Very truly yours,  
                                      /s/ **Isabel C. Balboa**  
                                      Isabel C. Balboa  
                                      Chapter 13 Standing Trustee

cc: LEE ABT, ESQUIRE

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**  
**Memphis, TN 38101-1978**

IS_CHH_5004