Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 16-33204 (JNP)**

Carol L. Anisi  
615 Autumn Crest Drive  
Waterford Works, NJ  08089

Monthly Payment: $633.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2017 | $585.00 | 02/13/2017 | $585.00 | 04/03/2017 | $585.00 | 05/04/2017 | $585.00 |
| 05/09/2017 | $-585.00 | 09/14/2017 | $975.00 | 09/15/2017 | $975.00 | 09/15/2017 | $-975.00 |
| 10/17/2017 | $975.00 | 11/27/2017 | $975.00 | 12/22/2017 | $633.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CAROL L. ANISI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $3,416.01 |
| 1 | ALLY FINANCIAL | 24 | $1,421.07 | $71.36 | $1,349.71 | $0.00 |
| 2 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATTORNEY GENERAL OF THE U.S. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | 24 | $2,412.88 | $121.16 | $2,291.72 | $0.00 |
| 6 | CHASE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DRIVETIME | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $3,473.00 | $0.00 | $3,473.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JP MORGAN CHASE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | RUSHMORE LOAN MGMT SER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MTGLQ INVESTORS, LP | 24 | $12,395.28 | $622.44 | $11,772.84 | $0.00 |
| 14 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LEE ABT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $664.00 | $0.00 | $664.00 | $0.00 |
| 18 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,362.41 | $0.00 | $7,362.41 | $0.00 |
| 21 | JPMORGAN CHASE BANK, N.A. | 33 | $9,619.33 | $0.00 | $9,619.33 | $0.00 |
| 22 | ALLY FINANCIAL | 33 | $4,890.82 | $0.00 | $4,890.82 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $243.47 | $0.00 | $243.47 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2017 | 9.00 | $0.00 |
| 10/01/2017 | Paid to Date | $3,705.00 |
| 11/01/2017 | 1.00 | $975.00 |
| 12/01/2017 | 37.00 | $633.00 |
| 01/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,313.00 |
| Total paid to creditors this period: | $3,416.01 |
| Undistributed Funds on Hand: | $583.63 |
| Arrearages: | $633.00 |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**