May 11, 2018

FILED
JEANNE A. NAUGHTON, CLERK
MAY 14 2018
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____ DEPUTY

U.S. Bankruptcy Court
P.O. Box 2067
Camden, NJ 08101-2067

RE: Carol L Anisi – Chapter 13 Bankruptcy
    Case No. 16-33204 (JNP)

Dear Sir or Madam:

Please be advised that I am **OBJECTING** to the Certification and Order dismissing my Chapter 13 Plan. I will have my arrears caught up prior to a hearing being scheduled.

Due to circumstances beyond my control, these payments were never mailed.

Please set this matter down for a hearing and advise of the date and time.

Thank you for your help in this matter.

Sincerely,

*Carol Anisi*
Carol L Anisi

615 Autumn Crest Drive
Waterford Works, NJ 08089
(856) 357-0039

cc: Isabel Balboa, Chapter 13 Trustee