| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

In re:

CAROL L. ANISI

Case No.: 16-33204-JNP

Chapter: 13

Hearing Date: 07/20/2018  10:00:00AM

Judge:  Jerrold N. Poslusny Jr.

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, <u>Isabel C. Balboa</u>, certify that with respect to the order submitted to the court, the following is true and correct to the best of my knowledge.


The matter captioned <u>Trustee's Certification of Default</u> filed on <u>07/20/2018</u> was marked "order to be submitted," and


☐  The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒  The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Their name and relationship to the case are:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| CAROL L. ANISI | ☒ Trustee |
|  | ☐ U.S. Trustee |
| LEE ABT, ESQUIRE |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date:  7/23/2018                                    /s/ Isabel C. Balboa
                                                             Signature