UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

45354
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

In Re:

CAROL L. ANISI

Order Filed on September 12, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case number: 16-33204

Adv. No.

Hearing Date: 8-21-18

Judge: (JNP)

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: September 12, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors: Carol L. Anisi / 45354

Case No: 16-33204 (JNP)

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Certificate Of Default filed by John R. Morton, Jr., Esq., attorney for Ally Financial, with the appearance of Lee Abt, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ally Financial is the holder of a first purchase money security interest encumbering a 2010 Volkswagen GTI bearing vehicle identification number WVWED7AJ9AW417819.**
2. **That the Debtors' account has arrears through August 2018 in the amount of $4,750.11.**
3. **That the Debtor is to cure this arrearage by making her regular monthly payment of $385.14 plus an additional $791.69 each month (for a total monthly payment of $1,176.83), for the months of September 2018 through February 2019 (6 months). If the Debtor fails to make any total monthly payment of $1,176.83 within ten (10) days after each payment falls due under the terms of the retail installment sales contract (being the 15th day of each month), Ally Financial shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtor, her attorney, and the chapter 13 trustee.**
4. **That beginning with her March 2019 payment, the Debtor is to resume making each monthly payment directly to Ally Financial under the terms of the retail installment contract.  If the Debtor fails to make any monthly payment to Ally Financial within thirty (30) days after each payment falls due, Ally Financial shall be entitled to stay relief upon filing a certification of default with the court and serving it on the Debtor, her attorney, and the chapter 13 trustee.**

**(Page 3)**

Debtors: Carol L. Anisi / 45354

Case No: 16-33204 (JNP)

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ally Financial must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Ally Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, her attorney, and the chapter 13 trustee.**
6. **That the Debtor is to pay Ally Financial a counsel fee of $150.00 through her chapter 13 bankruptcy plan.**