December 27, 2018

FILED
JEANNE A. NAUGHTON

DEC 28 2018

U.S. BANK

BY_____

United States Bankruptcy Court
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ  08101

RE:  Carol L Anisi – Chapter 13 – Case No. 16-33204-JNP
       Objection to Certification of Default – Chase Auto Finance – BMW - 2009

Sir or Madam:

I am objecting to the Certification of Default filed by Winston and Winston on behalf of Chase
Auto Finance.

Please set down a date for Hearing.

I would like to try and settle this matter.  Thank you for your help in this matter.

Sincerely,

Carol L. Anisi
615 Autumn Crest Drive
Waterford, NJ  08089
(856) 357-0039
canisi@jacobslawoffice.com
cc:  Isabel Balboa, Trustee
       Aleksander Powietrzynski, Esquire
       Lee Abt, Esquire