**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Carol L. Anisi

Case No.: 16-33204

Hearing Date:

Chapter: JNP

Judge: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Creditor's Certification of Default re: JPMORGAN CHASE BANK, N.A..

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** 1/22/2019 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: 12/28/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 12/28, 20 18 this notice was served on the following: Carol L. Anisi, Lee Abt
Aleksander P. Powietrzynski Creditor Attorney
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Carol L. Anisi  
    Debtor

Case No. 16-33204-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin                    Page 1 of 1                 Date Rcvd: Dec 28, 2018
                           Form ID: pdf900                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.
db             +Carol L. Anisi,    615 Autumn Crest Drive,    Waterford Works, NJ 08089-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:
      Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com
      Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Lee Abt    on behalf of Debtor Carol L. Anisi leeabt2@verizon.net,    r40016@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                   TOTAL: 8