UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Alexksander Powietrzynski
Winston + Winston, ESQ.
708 Third Ave, 5th fl Ste, 142
New York, NY 10017
(212) 922-9483
(718) 986-7332 (cell)
Attorney for JP Morgan Chase

In Re:

CAROL L. ANISI

Case No.: 16-33204

Adv. No.: _____

Chapter: 13

Hearing Date: 1/22/2019

Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____ Carol Anisi _____.

   ☐ am the attorney for: _____

   ☒ am self-represented

   Phone number: 856-357-0039

   Email address: canisi@jacobslawoffice.com

2. I request an adjournment of the following hearing:

   Matter: JP Morgan Chase - 2009 BMW Relief from Automatic Stay

   Current hearing date and time: 1/22/2019 @ 10:00

   New date requested: 2/19/2019

   Reason for adjournment request: Trying to resolve the matter

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/18/2019                              Carol L. Anisi
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 2/19/2019            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

rev.10/1/15

2