January 18, 2019

U.S. Bankruptcy Court
P.O. Box 2067
Camden, NJ 08101-2067

RE: Carol L Anisi - Case No. 16-33204 (JNP) – Objection to Trustee's Certification of Default

Dear Sir or Madam:

I am objecting to the Trustee's Certification of Default in the above matter.

Please schedule a Hearing so that this matter can be resolved.

Thank you for your attention to this matter.

Sincerely,

Carol L. Anisi
615 Autumn Crest Drive
Waterford Works, NJ 08089

CC: Trustee
    Lee Oert, Esq.