**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 16-33204 |
|---|---|---|
| Carol L. Anisi | Hearing Date: | |
| | Chapter: | JNP |
| | Judge: | 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default re:

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** 3/8/2019 @ 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 1/23/2019

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on __1/23__, 20__19__ this notice was served on the following: Carol L. Anisi, Lee Abt Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-33204-JNP
Carol L. Anisi                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 23, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Carol L. Anisi,   615 Autumn Crest Drive,   Waterford Works, NJ 08089-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
    Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
    alex@winstonandwinston.com
    Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
    BKcourtnotices@parkermccay.com
    Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
    John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com
    Lee Abt    on behalf of Debtor Carol L. Anisi leeabt2@verizon.net,   r40016@notify.bestcase.com
    Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 8