Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

**Order Filed on February 19, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 16-33204-JNP<br>(Chapter 13) |
| Carol L Anisi, | Hearing Date: |
| Debtor. | Judge: Hon. Jerrold N. Poslusny, Jr. |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO THE 2009 BMW X5 (VIN: 5UXFE435X9L271622) <u>WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)</u>

The Relief set forth on the following pages, numbered two (2) through ___two (2)___ is hereby **ORDERED**.

**DATED: February 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Carol L Anisi
Case No.: 16-33204-JNP
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO THE 2009 BMW X5 (VIN: 5UXFE435X9L271622) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

---

Upon the Creditor's Certification of Default and Creditor's Certification of Post-Petition Payments of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2009 BMW X5 (VIN: 5UXFE435X9L271622) ("Vehicle") and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay and any co-debtor stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.