Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  16−33204−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol L. Anisi
   615 Autumn Crest Drive
   Waterford Works, NJ 08089

Social Security No.:
   xxx−xx−2685

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 8, 2019
JAN: kvr

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carol L. Anisi  
    Debtor

Case No. 16-33204-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Mar 08, 2019  
                      Form ID: 148      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.

```
db              +Carol L. Anisi,    615 Autumn Crest Drive,    Waterford Works, NJ 08089-2105
516534596       +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
                  Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
516534597       +Bridgecrest Credit,    7300 E. Hampton Ave,    Mesa, AZ 85209-3324
516650227       +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
516669678       +Charles Anisi,    615 Autumn Crest Drive,    Waterford Works, NJ 08089-2105
516534599        Chase Auto Finance,    Po Box 901003,    Columbus, OH 43224
516534604        JP Morgan Chase Bank,    P.O. Box 901060,    Fort Worth, TX 76101-2060
516609953        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
516740018       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                  Irvine, CA 92619-2708
516743457       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine CA 92619-5004
516534605       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
516534606       +Rushmore Loan Mgt Services,    P.O. Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2019 00:39:49     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2019 00:39:45      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516534594        EDI: GMACFS.COM Mar 09 2019 05:13:00      Ally Financial,    P.O. Box 380901,
                  Bloomington, MN 55438-0901
516565652        EDI: GMACFS.COM Mar 09 2019 05:13:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
516534595       +EDI: GMACFS.COM Mar 09 2019 05:13:00      Ally Financial,    200 Renaissance Ctr,
                  Detroit, MI 48243-1300
516534598       +EDI: CAUT.COM Mar 09 2019 05:13:00      Chase Auto Finance,    National Bankruptcy Dept,
                  201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516534600       +EDI: DVTM.COM Mar 09 2019 05:13:00      DriveTime Credit Co,    Attn: Bankruptcy,
                  4020 E. Indian School Rd,    Phoenix, AZ 85018-5220
516534603        EDI: IRS.COM Mar 09 2019 05:13:00      IRS,    1040 Waverly Drive,    Holtsville, NY 00501
516833420        EDI: JEFFERSONCAP.COM Mar 09 2019 05:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                  St Cloud MN 56302
516833421        EDI: JEFFERSONCAP.COM Mar 09 2019 05:13:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                  St Cloud MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,    St Cloud MN 56302
516614855        EDI: CAUT.COM Mar 09 2019 05:13:00      JPMorgan Chase Bank, NA,    PO Box 29505 AZ1-1191,
                  Phoenix, AZ 85038-9505
516573686       +EDI: AGFINANCE.COM Mar 09 2019 05:13:00      ONEMAIN,    605 MUNN ROAD,    FT. MILL, SC 29715-8421
516949386        EDI: PRA.COM Mar 09 2019 05:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541
516949387        EDI: PRA.COM Mar 09 2019 05:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516743504        EDI: PRA.COM Mar 09 2019 05:13:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517696809       +E-mail/Text: bknotices@snsc.com Mar 09 2019 00:40:44      US Bank Trust National association,
                  c/o SN Servicing,    323 5th Street,    Eureka CA 95501-0305
517696810       +E-mail/Text: bknotices@snsc.com Mar 09 2019 00:40:44      US Bank Trust National association,
                  c/o SN Servicing,    323 5th Street,    Eureka CA 95501,    US Bank Trust National association,
                  c/o SN Servicing 95501-0305
                                                                                                TOTAL: 17
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*              Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
516534601*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    P.O. Box  21126,
                  Philadelphia, PA 19114)
516534602*       IRS,    Attn: Special Procedures,    P.O. Box  744,    Springfield, NJ 07081-0744
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 08, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Lee  Abt    on behalf of Debtor Carol L. Anisi leeabt2@verizon.net,  r40016@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```